UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE A91-0580--CV (JWS)
"FDIC V SUPERIOR MILLWORK INC ET AL"

Including terminated parties, excluding terminated counsel

```
    Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
    Magistrate Judge:
       Referral Rule:
               Filed: 02/29/96
              Closed: 10/02/96

        Jurisdiction: (3) Federal Question (US Govt not a Party)
       PLF Diversity:
       DEF Diversity:

      Nature of Suit: (140) Negotiable instruments
                      Foreclosure (12:1819)
              Origin: (1) Original Proceeding
              Demand:
          Filing fee: Waived
            Trial by: Jury
```

Parties of Record:                                    Counsel of Record:

| | | | |
|---|---|---|---|
| PLF 1.1 | | FEDERAL DEPOSIT INSURANCE CORP | Richard H. Foley Jr<br>Foley & Foley<br>800 E. Dimond Blvd, Suite 3-550<br>Anchorage, AK 99515<br>907-522-2272 |
| DEF 1.1 | [T] | SUPERIOR MILLWORK INC | No counsel found for this party! |
| DEF 2.1 | [T] | LUNSFORD, ROBERT A. | No counsel found for this party! |
| DEF 3.1 | [T] | LUNSFORD, JOAN | No counsel found for this party! |
| DEF 4.1 | [T] | LUNSFORD, IRMA | Calvin R. Jones<br>Jones & Colver<br>1900 W. Benson Blvd, Suite 201<br>Anchorage, AK 99517<br>907-272-6511<br>FAX 907-276-6511 |
| DEF 5.1 | [T] | LUNSFORD, MARY L. | No counsel found for this party! |
| DEF 6.1 | [T] | VIK, HELEN R. | Erik LeRoy<br>Law Office of Erik LeRoy<br>500 L Street, Suite 302<br>Anchorage, AK 99501<br>907-277-2006<br>FAX 907-277-2243 |
| DEF 7.1 | [T] | 3LV PARTNERS | No counsel found for this party! |
| DEF 8.1 | | WOODGRAIN MOULDINGS INC | No counsel found for this party! |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET PARTY INFORMATION FOR CASE A91-0580--CV (JWS)
"FDIC V SUPERIOR MILLWORK INC ET AL"

Including terminated parties, excluding terminated counsel

| Parties of Record: | Counsel of Record: |
|---|---|
| DEF 9.1    [T]  INTERNAL REVENUE SERVICE | No counsel found for this party! |

```
┌─────────────────────────────────────────────────────────────────────────┐
│           UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA       │
│              CIVIL DOCKET ENTRIES FOR CASE A91-0580--CV (JWS)           │
│                     "FDIC V SUPERIOR MILLWORK INC ET AL"                │
├─────────────────────────────────────────────────────────────────────────┤
│                            For all filing dates                         │
└─────────────────────────────────────────────────────────────────────────┘
```

Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
Magistrate Judge:
   Referral Rule:
           Filed: 02/29/96
          Closed: 10/02/96

    Jurisdiction: (3) Federal Question (US Govt not a Party)
   PLF Diversity:
   DEF Diversity:

  Nature of Suit: (140) Negotiable instruments
                  Foreclosure (12:1819)
          Origin: (1) Original Proceeding
          Demand:
      Filing fee: Waived
        Trial by: Jury

| Document # | Filed | Docket text |
|---|---|---|
| 121 - 1 | 08/05/94 | PLF 1 motion; waiver of prejudgment costs on #120. |
| 121 - 2 | 08/08/94 | JWS Order granting PLF 1 motion; waiver of prejudgment costs on #120. (121-1).  cy cnsl. |
| 122 - 1 | 08/09/94 | PLF 1 motion for attrny's fees, w/atch memo & afdvt. |
| 123 - 1 | 08/10/94 | PLF 1 motion to amend fnl judgment & decree of foreclosure w/atch memo. |
| 124 - 1 | 09/07/94 | JWS Order granting PLF 1 motion for attrny's fees, w/atch memo & afdvt. (122-1). cc cnsl. |
| 125 - 1 | 09/07/94 | JWS Amended Final Judgment and decree of foreclosure in fvr of pltf & agnst D1, D2, D3, D4, D5. cc cnsl, O & J 5350. |
| 125 - 2 | 09/07/94 | JWS Order granting motion to amend fnl judgment & decree of foreclosure (123-1). |
| 126 - 1 | 09/15/94 | Stipulation / Unopposed Motion per R41 that D-6 is dismissed w/prejudice. |
| 126 - 2 | 09/19/94 | JWS Order granting stip to dsms w/prej. cc cnsl. |
| 127 - 1 | 09/19/94 | JWS Minute Order that pltf submit closing papers or stat rpt re deft-Woodgrain Mouldings w/in 15 days. cc cnsl. |
| 128 - 1 | 10/04/94 | PLF 1 motion to amend final judgment & decree of forclosure. |
| 129 - 1 | 10/28/94 | JWS Order granting motion to amend final judgment & decree of forclosure (128-1) re; Note I jmt entered in favor of pltf & agst Superior Millwork and the Estate of Joan C. Lunsford in the amt of $881,863.23, Note II jmt entered in favor of pltf & agst Superior Millwork & the Estate of Joan C. Lunsford in the amt of $605,771.44, Note III jmt entered in favor of pltf and agst 3LV Parners, the Estate of Joan C. Lunsford, Irma Lunsford, the Estate of Fred T. Lunsford in the amt of $1,962,092.58, Note IV in favor of pltf and agst Estate of Joan C. Lunsford in the amt of $93,945.43.  Real property interest shall be foreclosed & sold, FDIC is permitted to bid.  cy cnsl, USM. O&J 9393. |

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                      CIVIL DOCKET ENTRIES FOR CASE A91-0580--CV (JWS)
                           "FDIC V SUPERIOR MILLWORK INC ET AL"
```

                              For all filing dates

```
Document #   Filed      Docket text

   130 -  1  11/09/94   PLF 1 Judgment Satisfaction re D2&5.

   131 -  1  01/04/95   Notice of public sale on amended fnl judgment & decree of foreclosure,
                        w/atch proof of publication

   132 -  1  01/04/95   PLF 1 Notice of deposit of $790,000 into registry.

   133 -  1  01/05/95   PLF 1 motion for deposit of funds in interest-bearing acct

   134 -  1  01/06/95   JWS Order granting motion for deposit of funds in interest-bearing acct
                        (133-1) cy cnsl, Finance.

   135 -  1  01/13/95   PLF 1 motion to confirm sale of real property w/att aff & exhb.

   136 -  1  01/18/95   JWS Order granting motion to confirm sale of real property (135-1). cy
                        cnsl, USM

   137 -  1  01/25/95   PLF 1 motion to disburse sale proceeds w/atch afdvt.

   138 -  1  02/02/95   JWS Order granting motion to disburse sale proceeds (137-1), $790,000.
                        cy cnsl, finance

   139 -  1  05/15/95   PLF 1 motion for entry of deficiency judgment on amended fnl judgment &
                        decree of foreclosure in favor of pltf and agst deft Superior Millwork,
                        3LV Partners, Estate of Joan C. Lunsford, Irma Lunsford, and Estate of
                        Fred T. Lunsford.

   140 -  1  06/08/95   JWS Order granting motion for entry of deficiency judgment on amended
                        fnl judgment & decree of (139-1). cy cnsl

   141 -  1  06/08/95   JWS Deficiency Judgment on amended fnl judgment & decree of foreclosure
                        entered in fvr of pltf FDIC (1) agnst Superior Millwork & estate of J.
                        Lunsford for $583,340.14 + prejudgment int of $297,347.62 thru 7-26-94 +
                        fees of $1,175.47 for total of $881,863.23 w/post-judgment int at 5.49%
                        after 7-26-94; (2) agnst Superior Millwork & estate of J. Lunsford for
                        $465,772.29 + accrued prejudgment int of $139,191.69 thru 7-26-94 + fees
                        of $807.46 for total of $605,771.44 w/post judgment int of 5.49% after
                        7-26-94; (3) agnst 3LV Partners, estate of J. Lunsford, I. Lunsford, &
                        estate of F. Lunsford for principal amnt of $1,178,226.10 + fees of
                        $2,615.35 for total of $1,180,841.45 w/post judgment int from 2-16-95 at
                        5.49%; (4) agnst estate of J. Lunsford for $70,236.96 + prejudgment int
                        of $23,583.25 thru 7-26-94 + fees of $125.22 for total of $93,945.43
                        w/post-judgment int at 5.49% from 7-26-94; this supersedes judgment
                        entered on 10-27-94.  cy cnsl, O&J 9579.

   142 -  1  06/09/95   PLF 1 Judgment Satisfaction that fnl judgment and decree of forclosure
                        (7-26-94), Amended fnl judgment and decree of forclosure (9-7-94),
                        Amended fnl judgment and decree of foreclosure (10-4-94) fully satisfied
                        re Irma Lunsford and Estate of Fred T. Lunsford.

   143 -  1  10/16/95   ZZZ 1 Attorney Appearance - Charles G. Evans, for holder of certain
                        certificate of sale of real property dated 1-3-95.

   144 -  1  01/16/96   DEF 4; ZZZ 1 Unopposed Motion to deposit funds w/crt in interest bearing
                        acct w/att memo & stip.

   144 -  2  01/16/96   DEF 4; ZZZ 1 Unopposed Motion for sched conference
```

```
               UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CIVIL DOCKET ENTRIES FOR CASE A91-0580--CV (JWS)
                       "FDIC V SUPERIOR MILLWORK INC ET AL"

                                 For all filing dates
```

```
Document #   Filed      Docket text

   145 - 1   01/18/96   JWS Order permitting deposit of funds ($868,364.40) in court registry in
                        interest-bearing account (144-1).  cy cnsl, finance

   146 - 1   01/19/96   Certificate of redemption of real property

   147 - 1   01/19/96   ZZZ 1 Notice of cash deposit, $868,364.40.

   148 - 1   01/24/96   JWS Minute Order set status & scheduling conf for 2-16-96 at 8:30 am in
                        chambers.  cy cnsl

   149 - 1   02/09/96   ZZZ 1 Unopposed Motion to continue status & scheduling conference

   150 - 1   02/14/96   JWS Minute Order granting mot to resch status conf at #149; reset for
                        2-28-96 at 8:00 am in #4.  cy cnsl

   151 - 1   02/28/96   JWS Minute Order that dscvy reopened to 3-29-96; Ms Lunsford to file mot
                        for SJ by 4-8-96; FDIC may file joinder by 4-15-96.  cy cnsl

   152 - 1   02/29/96   JWS Court Minutes [ECR: Jennifer Gamble] held 2-28-96, dscvy closes
                        3-29-96.

   153 - 1   04/08/96   DEF 4 Report re: status of case-settlement occurring.

   154 - 1   05/01/96   DEF 4; ZZZ 1 motion for issuance of clerk's deed

   154 - 2   05/01/96   DEF 4; ZZZ 1 motion for release of funds in interest bearing account

   155 - 1   05/09/96   DEF 4 Affidavit re: DEF 4; ZZZ 1 motion for issuance of clerk's deed
                        (154-1), DEF 4; ZZZ 1 motion for release of funds in interest bearing
                        account (154-2)

   156 - 1   05/13/96   JWS Order granting motion for issuance of clerk's deed (154-1), motion
                        for release of funds in interest bearing account (154-2). cc cnsl,
                        Clerk, Finance.

  NOTE - 1   05/14/96   Issued: Clerk's Deed re right, title & interest to D. Faulk of Lots 3-A
                        and 4-A, NACLA Subdivision according to Plat No. 84-388, Anch Recording
                        District. (Original deed sent to C. Jones)

   157 - 1   05/14/96   JWS Minute Order that cnsl for I. Lunsford file stat rpt or closing
                        papers w/in 30 days. cc cnsl.

   158 - 1   06/13/96   DEF 4 Status Report.

   159 - 1   07/18/96   JWS Minute Order accepting status report; next report due 7-31-96 unless
                        closed.  cy cnsl

   160 - 1   07/31/96   DEF 4 Report re: case status

   161 - 1   09/10/96   JWS Minute Order that closing papers or stat rpt due by 9/24/96 or case
                        dsmsd. cc cnsl.

   162 - 1   10/02/96   JWS Minute Order dismissing action & closing file.  cy cnsl
```